UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-89-CR-MOORE

JUAN CARLOS FERNANDEZ,

    Movant/Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondent

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry I. Garber's Report and Recommendation [46] on Petitioner's Motion to Compel Government [35]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued April 6, 2005 is hereby **ADOPTED**. Petitioner's Motion is Denied.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of January, 2008.

                          K. MICHAEL MOORE
                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record